## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

WILLIAM NAYLOR,

        Plaintiff,

v.                                  Case No:   2:15-cv-593-FtM-99CM

TEOFILO MELENDEZ and
SHAWN MICCICHE,

        Defendants.

---

### ORDER

Before the Court is Plaintiff's Unopposed Motion for an Order *Nunc Pro Tunc* Granting Leave to File his Second Amended Complaint (Doc. 41), filed on June 2, 2016. Plaintiff represents that Defendants have no objection to the proposed amendment. Accordingly, Plaintiff's motion is granted.

Rule 15, Federal Rules of Civil Procedure, provides that, for amendments not filed as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "Although leave to amend shall be freely given when justice so requires, a motion to amend may be denied on numerous grounds such as undue delay, undue prejudice to the defendants, and futility of the amendment." *Maynard v. Bd. of Regents of the Div. of Univs. of the Fla. Dep't of Educ. ex rel. Univ. of S. Fla.*, 342 F.3d 1281, 1287 (11th Cir. 2003) (internal quotation marks omitted).

On April 6, 2016, the Honorable John E. Steele entered an Order dismissing Count II of Plaintiff's First Amended Complaint without prejudice.   Doc. 36.   On April 20, 2016, Plaintiff filed a Second Amendment Complaint without the opposing party's consent or the Court's leave.   Doc. 37.   Accordingly, Defendants moved to strike Plaintiff's Second Amended Complaint.   Doc. 41.   In compliance with the federal rules, Plaintiff now files a motion for leave to file his Second Amended Complaint as of April 20, 2016.   *Id.*   Defendants consent to the amendment as long as they are provided the standard fourteen days to respond after an order is entered. *Id.*

Upon review of the Second Amended Complaint, the Court finds that amendment would not be futile as Plaintiff has asserted a good faith basis for the amendment.   Thus, the Court will allow the amendment.   Plaintiff's Second Amended Complaint is deemed filed as of April 20, 2016.   Defendants shall have up to and including June 23, 2016 to respond to Plaintiff's Second Amended Complaint. Because the Court will allow the amendment, Defendants Motion to Strike Plaintiff's Second Amended Complaint (Doc. 39) is moot.

ACCORDINGLY, it is hereby

**ORDERED:**

1.   Plaintiff's Unopposed Motion for an Order *Nunc Pro Tunc* Granting Leave to File his Second Amended Complaint (Doc. 41) is **GRANTED**.   Plaintiff's Second Amended Complaint is deemed filed as of April 20, 2016.

2.     Defendants shall have up to and including **June 23, 2016** to respond to Plaintiff's Second Amended Complaint.

3.     Defendants' Motion to Strike Plaintiff's Second Amended Complaint (Doc. 39) is **DENIED as moot.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 9th day of June, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record